JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KIM LAUBE & CO., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>ST. PAUL TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>  Defendant, | 2:08-cv-00770-FMC-JWJx<br><br>**JUDGMENT**<br><br>Complaint filed: February 5, 2008<br><br>First Amended Complaint filed: April 7, 2008 |

On April 7, 2008, defendant The Travelers Indemnity Company of Connecticut (erroneously sued and served in the original Complaint as "St. Paul Travelers Indemnity Company of Connecticut" (hereinafter "Travelers")) filed its Motion for Summary Judgment or alternatively, Partial Summary Judgment. On April 7, 2008, plaintiff Kim Laube & Co. ("Plaintiff") filed its Motion for Partial Summary Judgment on Travelers' Duty to Defend and Breach of its Covenant of Good Faith and Fair Dealing.

After consideration of the moving papers, opposition and reply documents submitted in connection with these motions, and as set forth in the Court's July 1,

2008 Order, the Court finds that, as a matter of law, the Travelers policy does not provide coverage for the claims arising out of the underlying action and Travelers did not have any duty to defend Plaintiff in the underlying action.  Consequently, Plaintiff's First Cause of Action for Declaratory Relief – Duty to Defend, and Second Cause of Action for Breach of Contract – Duty to Defend, fail as a matter of law.  The Court also finds that, as a matter of law, Travelers did not breach the implied covenant of good faith and fair dealing.  Therefore, Plaintiff, as a matter of law, cannot sustain its Third Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing.  The Court finds that there is no triable issue of material fact as to any cause of action alleged by Plaintiff against Travelers, and that Travelers is entitled to judgment as a matter of law.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT plaintiff Kim Laube & Co. take nothing, that the action be dismissed on the merits, and that Travelers shall recover from said plaintiff costs according to proof.

JUDGMENT IS HEREBY ENTERED for defendant Travelers as set forth above.

Dated: July 10, 2008    By: _____
                            Hon. Florence-Marie Cooper
                            United States District Court Judge for the
                            Central District of California